Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -4 AM 10:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Goktug Aktug,
   (DHS File No. A71 642 814)
   Plaintiff
               vs
Paul Pierre, District Director,
   U.S. Citizenship and Immigration
   Services,
Michael Chertoff, U.S. Secretary of
   Homeland Security, and
Michael Mukasey, U.S. Attorney
   General,
   Defendants.

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0618 J JMA

TO: (Name and Address of Defendant)


YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alan M. Anzarouth
3111 Camino del Rio N., Suite 1325
San Diego, CA 92108
   (619-398-9390)

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 04 2008

W. Samuel Hamrick, Jr.
_____            _____
CLERK                                      DATE

_____
By                  , Deputy Clerk

Summons in a Civil Action                                     Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)