```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE J. CLARK
    Assistant U.S. Attorney
 3  California State Bar No. 220000
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7491
    Facsimile: (619) 557-5004
 6  E-mail: caroline.clark@usdoj.gov

 7  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG, <br><br>                    Plaintiff, <br>         v. <br><br> PAUL M. PIERRE, District Director, U.S. United States Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; and MICHAEL MUKASEY, U.S. Attorney General, <br><br>                    Defendants. | Case No. 08cv0618 LAB (JMA) <br><br> JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING <br><br> [Fed.R.Civ.P. 6(b)(1)] |

COME NOW THE PARTIES, Plaintiff Goktug Aktug, by and through counsel, Alan M. Anzarouth, and Defendants Paul Pierre, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading. The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional time is required before Defendants' filing of any responsive pleading in order to pursue resolution of Plaintiff's claims without the intervention of the Court. In order to address Plaintiff's claims and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the

foregoing, it is respectfully requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **August 6, 2008.**

DATED: June 5, 2008          s/ Alan M. Anzarouth

ALAN M. ANZAROUTH
Attorney for Plaintiff
E-Mail: alan@anzarouthimmlaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Alan M. Anzarouth to affix his electronic signature to this document.

DATED: June 5, 2008          KAREN P. HEWITT
United States Attorney

s/ Caroline J. Clark

CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov