1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 GOKTUG AKTUG,                          )  Case No. 08cv0618 LAB (JMA)
                                          )
11              Plaintiff,                )
            v.                            )
12                                        )
   PAUL M. PIERRE, District Director, U.S.)
13 United States Citizenship and Immigration)  CERTIFICATE OF SERVICE
   Services; MICHAEL CHERTOFF, U.S.       )
14 Secretary of Homeland Security; and    )
   MICHAEL MUKASEY, U.S. Attorney         )
15 General,                               )
                                          )
16              Defendants.               )
   _____)
17
   IT IS HEREBY CERTIFIED THAT:
18
        I, the undersigned, am a citizen of the United States and am at least eighteen years of age.
19 My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

20      I am not a party to the above-entitled action.  I have caused service of: **JOINT MOTION
   TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING** on the following party by
21 electronically filing the foregoing with the Clerk of the District Court using its ECF System, which
   electronically provides notice.
22
        Alan M. Anzarouth, Esq.
23      Attorney for Plaintiff
        E-Mail: alan@anzarouthimmlaw.com
24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on June 5, 2008.

26                                  s/ Caroline J. Clark
                                    Caroline J. Clark
27

28