UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG,<br><br>        Plaintiff,<br>   v.<br><br>PAUL M. PIERRE, District Director, U.S. United States Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; and MICHAEL MUKASEY, U.S. Attorney General,<br><br>        Defendants. | Case No. 08cv0618 LAB (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING**<br><br>[Docket No. 4] |

    Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 4) and for good cause shown, the Court **GRANTS** the motion for extension of time and **ORDERS** under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until August 6, 2008.

    **IT IS SO ORDERED.**

DATED: June 9, 2008

                                        */s/ Larry A. Burns*
                                    **HONORABLE LARRY ALAN BURNS**
                                    United States District Judge