KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG, | Case No. 08cv0618-J (JMA) |
| Plaintiff, | |
| v. | JOINT MOTION TO EXTEND TIME TO ANSWER IN PART AND TO DISMISS AS MOOT IN PART |
| PAUL PIERRE, District Director, U.S. Citizenship & Immigration Service; et al., | |
| Defendants. | |

COME NOW THE PARTIES, Plaintiff Goktug Aktug, by and through counsel, Alan Anzarouth, and Defendants Paul Pierre, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant United States Attorney, and hereby jointly move the Court to extend time to answer in part and to dismiss Plaintiff's Complaint as moot in part.

On August 5, 2008, United States Customs and Immigration Services ("USCIS") denied Plaintiff's (N-400) application for naturalization. Therefore, the parties agree that Plaintiff's Complaint, with respect to the application for naturalization are moot.

The parties continue to work together in pursuit of extrajudicial resolution of Plaintiff's Complaint regarding the (I-751) joint petition to remove conditions on residence. The parties previously sought an extension of time to file Defendants' responsive pleading, and the Court granted that joint request. (Doc no. 6.)

1  Based upon the foregoing, it is respectfully requested that the Court enter an order, dismissing the Complaint as moot only with respect to Plaintiff's application for naturalization.  With respect to Plaintiff's claims regarding the I-751 petition, the parties jointly request that the Court enter an order extending the time for Defendants to file their responsive pleading until **September 5, 2008.**

DATED: August 15, 2008            Respectfully submitted,

s/ Alan Anzarouth
ALAN ANZAROUTH
Attorney for Plaintiff
E-mail: alan@anzrouthimmlaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Alan Anzarouth to affix his electronic signature to this document.

DATED: August 15, 2008            Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Megan Callan
MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendants

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG, | Case No. 08cv0618-J (JMA) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| PAUL PIERRE, District Director, U.S. Citizenship & Immigration Service; et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of: JOINT MOTION TO EXTEND TIME TO ANSWER IN PART AND TO DISMISS AS MOOT IN PART on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Alan Anzarouth
    Attorney for Plaintiff
    E-Mail: alan@anzarouthimmlaw.com

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 15, 2008.

                                            s/ Megan Callan
                                            Megan Callan