# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, and MICHAEL MUKASEY, U.S. Attorney General,<br><br>　　　　　　　Defendants. | CASE NO. 08cv0618-LAB (JMA)<br><br>**ORDER DISMISSING IN PART; AND**<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER** |

On August 15, 2008, the parties filed a joint motion seeking partial dismissal of this action as moot, and also seeking an extension of time for Defendants to answer or otherwise respond (the "Joint Motion"). The Joint Motion states that on August 5, 2008, Plaintiff's application for naturalization was denied. Thus, the parties, agree that portion of Plaintiff's complaint seeking adjudication of his naturalization application are moot.

The remaining claim pertains to Plaintiff's I-751 petition, in which he seeks removal of conditions on residence. The parties represent they are seeking to resolve this complaint, and therefore seek an extension of time for Defendants to answer or otherwise respond to

/ / /

/ / /

- 1 -

08cv0618

1 | the complaint. For good cause shown, this request is **GRANTED**. Defendants shall answer
2 | or otherwise respond no later than **September 5, 2008.**
3 |     **IT IS SO ORDERED**.
4 | DATED: August 20, 2008

*Larry A. Burns* (signature)

**HONORABLE LARRY ALAN BURNS**
United States District Judge