1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7  Attorneys for Defendants

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11 GOKTUG AKTUG,                         )  Case No. 08cv0618 LAB (JMA)
                                         )
12           Plaintiff,                  )
         v.                              )  JOINT MOTION TO EXTEND TIME FOR
13                                       )  FILING OF RESPONSIVE PLEADING
                                         )
14 PAUL M. PIERRE, District Director, U.S.)
   United States Citizenship and Immigration) [Fed.R.Civ.P. 6(b)(1)]
15 Services; MICHAEL CHERTOFF, U.S.)
   Secretary of Homeland Security; and)
16 MICHAEL MUKASEY, U.S. Attorney)
   General,                              )
17                                       )
             Defendants.                 )
18 _____)

19

20       COME NOW THE PARTIES, Plaintiff Goktug Aktug, by and through counsel,

21 Alan M. Anzarouth, and Defendants Paul Pierre, et al., by and through their counsel, Karen P. Hewitt,

22 United States Attorney, and Caroline J. Clark, Assistant United States Attorney, and hereby jointly move

23 the Court to extend the time for filing of Defendants' responsive pleading. The parties have made

24 progress toward an extrajudicial resolution of Plaintiff's Complaint, and have agreed that additional time

25 is required before Defendants' filing of any responsive pleading in order to pursue resolution of

26 Plaintiff's remaining claims without the intervention of the Court.

27       On August 20, 2008, this Court granted the parties' joint motion to dismiss, in part, and to extend

28 the time for Defendants to file a responsive pleading relating to Plaintiff's pending Petition to Remove

1  the Conditions on Residence (I-751). On August 19, 2008, United States Citizenship and Immigration
2  Services (USCIS) issued a Notice of Intent to Terminate Conditional Resident Status. The notice gave
3  Plaintiff 30 days to provide evidence in support of his I-751 and in opposition to USCIS' proposed
4  grounds of denial. Once Plaintiff responds to the notice, or the time to respond elapses, USCIS can issue
5  a decision on Plaintiff's I-751 which will render the remaining portion of the Complaint moot.

6      Based upon the foregoing, the parties jointly request this extension of time in order to address
7  Plaintiff's claims and without waiving Defendants' rights to defend the causes of actions and allegations,
8  including the right to file any FED. R. CIV. P. 12 motions to dismiss. Therefore the parties respectfully
9  requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing
10  of Defendants' responsive pleading until **November 4, 2008.**

12  DATED: September 4, 2008       s/ Alan M. Anzarouth

13      ALAN M. ANZAROUTH
    Attorney for Plaintiff
14      E-Mail: alan@anzarouthimmlaw.com

16      Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures
17  of the United States District Court for the Southern District of California, I certify that the content of
18  this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from
19  Alan M. Anzarouth to affix his electronic signature to this document.

20  DATED: September 4, 2008       KAREN P. HEWITT
21      United States Attorney

22      s/ Caroline J. Clark

23      CAROLINE J. CLARK
    Assistant United States Attorney
24      Attorneys for Defendants
    E-Mail: caroline.clark@usdoj.gov