KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG,<br><br>        Plaintiff,<br>    v.<br><br>PAUL M. PIERRE, District Director, U.S. United States Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; and MICHAEL MUKASEY, U.S. Attorney General,<br><br>        Defendants. | Case No. 08cv0618 LAB (JMA)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of: **JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

    Alan M. Anzarouth, Esq.
    Attorney for Plaintiff

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on September 4, 2008.

                                                    s/ Caroline J. Clark
                                                  Caroline J. Clark