# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOKTUG AKTUG,<br><br>                                Plaintiff,<br>   vs.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, and MICHAEL MUKASEY, U.S. Attorney General,<br><br>                              Defendants. | CASE NO. 08cv0618-LAB (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

On September 4, 2008, the parties jointly moved for a third extension of time for Defendants to answer or otherwise respond. After the parties' first motion was granted, they were able to file a joint motion to dismiss part of the complaint. The Court granted that motion, giving Defendants a second brief extension of time in which to respond. The parties have represented that if granted this third extension they may be able to resolve the remaining issues. For good cause shown, the joint motion is **GRANTED**. Defendants shall

/ / /

/ / /

/ / /

/ / /

1 | answer or otherwise respond to the complaint no later than **November 4, 2008. No further**
2 | **extensions will be granted absent extraordinary good cause.**
3 |     **IT IS SO ORDERED**.
4 | DATED: September 5, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08cv0618